## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

March 18, 2025

### LETTER ORDER

Re:   **Ramirez v. World Mission Society, Church of God, et al.**
      **Civil Action No. 14-1708 (JKS)**

Dear Counsel:

The Court is in receipt of a letter from Defendants claiming that Plaintiff has failed to cooperate in the submission of the joint proposed final pretrial order, which was to be submitted to the Court on March 13, 2025. *See* Dkt. No. 306. Upon review of Defendants' letter, the Court orders as follows:

1) By no later than **March 19, 2025**, Plaintiff shall submit a letter to the Court setting forth the reasons for her failure to comply with the Orders of this Court and stating whether she intends to proceed with the prosecution of her claims in this matter. Should Plaintiff fail to do so, the Court may enter an Order to Show Cause requiring Plaintiff to demonstrate why her claims in this matter should not be recommended for dismissal based upon a failure to prosecute.

2) The final pretrial conference scheduled in this matter for **March 24, 2025 at 2:00 PM** shall proceed as scheduled.

3) The parties' joint proposed final pretrial order shall be submitted by **March 21, 2025** via email to JBC_Orders@njd.uscourts.gov.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**